Motion GRANTED. Hearing reset for 8/23/13 at 4:00 p.m.

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| SETH D. HARRIS,<br>ACTING SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA COTTER,<br>ELIZABETH GAIL DEBUSK, and<br>EMPACT MEDICAL SERVICES, INC.<br>SIMPLE IRA PLAN,<br><br>Defendants. | CIVIL ACTION NO.<br><br>3:13-cv-0339<br><br>JUDGE TRAUGER<br><br>MAGISTRATE JUDGE BRYANT<br><br><br>**SECOND MOTION TO POSTPONE INITIAL CASE MANAGEMENT CONFERENCE** |

NOW COMES Plaintiff Seth D. Harris, Acting Secretary of Labor, U. S. Department of Labor and requests a second postponement of the Initial Case Management Conference currently scheduled for August 5, 2013. [See Docket No. 6]. The Secretary has not yet served Defendants Angela Cotter and Empact Medical Services, Incorporated SIMPLE IRA Plan in this action. On April 22, 2013, the Secretary issued a Request for Waiver of Service under Federal Rule of Civil Procedure Rule 4(d) to Defendant Angela Cotter. On May 10, 2013, the Secretary issued a Request for Waiver of Service under Federal Rule of Civil Procedure Rule 4(d) to the fiduciaries of Defendant Empact Medical Services, Incorporated SIMPLE IRA Plan (the "Plan"). Defendant Angela Cotter and the fiduciaries to the Plan did not return the requested