# IN THE UNITED STATES DISTRICT COURT
## THE MIDDLE DISTRICT OF TENNESSEE
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Thomas E. Perez, Secretary of Labor, | ) | |
| United States Department of Labor, | ) | |
| | ) | Case No. 3:13-cv-0339 |
| Plaintiff, | ) | |
| | ) | Judge Trauger |
| v. | ) | Magistrate Judge Bryant |
| | ) | |
| Angela Cotter, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DENIAL OF DEFAULT

Pending is Plaintiff's Request to Enter Default (Docket Entry No. 16) against Defendant

Elizabeth Gail DeBusk. The motion is denied as Plaintiff has not provided an adequate Declaration of

Military Service as required by the Servicemembers Civil Relief Act of 2003 (50 App. U.S.C. 501 et

seq.). While Plaintiff has provided an affidavit stating "to the best of affiant's knowledge or belief,

Defendant DeBusk in not on active duty . . . ", this is inadequate to meet the requirements of the Act.

The Act requires that affidavits be submitted that "state whether or not the Defendant is in military

service and **showing facts necessary to support the affidavit**" (emphasis added). Since Plaintiff has

provided no facts to support its contention Defendant is not in the military service, the request for

entry of default must be denied. Information on the military status of an individual can be found at

the Department of Defense website at https://www.dmdc.osd.mil/appj/scra/scraHome.do. That

website provides an on-line search utility (SSN required) as well as a help button link that provides

information on where requests for information can be sent (no SSN required) to determine whether a

particular individual is on active duty in the military.  Alternatively, a sworn statement or declaration from the Defendant or someone in a position to know the military status of the individual could be accepted.  Other factors, such as the age of Defendant if beyond the age for service can be considered.  Since Plaintiff has not provided the necessary affidavit, the motion must be denied. Plaintiff may file a renewed request for default when the required Declaration is provided.

s/ *Keith Throckmorton*

Keith Throckmorton
Clerk of Court