IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, and SECRETARY OF LABOR, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 3:13-0339 Judge Trauger |
| ANGELA COTTER, ELIZABETH GAIL DEBUSK, and EMPACT MEDICAL SERVICES, INC. SIMPLE IRA PLAN, | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

It is hereby **ORDERED** that the initial case management conference is **RESET** for Thursday, November 7, 2013, at 3:15 p.m.

It is so **ORDERED**.

ENTER this 23rd day of October 2013.

_____
ALETA A. TRAUGER
U.S. District Judge