IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, and SECRETARY OF LABOR,  )<br>)<br>)<br>)<br>    Plaintiffs,  )<br>)<br>v.  )<br>)<br>ANGELA COTTER, ELIZABETH GAIL DEBUSK, and EMPACT MEDICAL SERVICES, INC. SIMPLE IRA PLAN,  )<br>)<br>)<br>)<br>    Defendants.  ) | Civil No. 3:13-0339<br>Judge Trauger |

## O R D E R

It is hereby **ORDERED** that the initial case management conference is **RESET** for Thursday, November 7, 2013, at 3:15 p.m.

It is so **ORDERED**.

ENTER this 23rd day of October 2013.

_____
ALETA A. TRAUGER
U.S. District Judge