IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor, and SECRETARY OF LABOR, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 3:13-0339 Judge Trauger |
| ANGELA COTTER, ELIZABETH GAIL DEBUSK, and EMPACT MEDICAL SERVICES, INC. SIMPLE IRA PLAN, | ) ) ) ) | |
| Defendants. | ) ) | |
| v. | ) ) | |
| ANGELA COTTER, | ) ) | |
| Cross-Plaintiff, | ) ) | |
| v. | ) ) | |
| ELIZABETH GAIL DEBUSK, | ) ) | |
| Cross-Defendant. | ) | |

**O R D E R**

By Order entered May 22, 2014 (Docket No. 31), the parties were informed that they were to file a joint mediation report by May 27, 2014. As of the date of this Order, no such report has been filed. It is hereby **ORDERED** that the parties shall immediately confer and file a joint mediation report, as required by Judge Trauger in all cases.

It is so **ORDERED**.

ENTER this 18th day of June 2014.

_____
ALETA A. TRAUGER
U.S. District Judge